## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**MAURICE JEROME MARBRAY,**
**ADC #94193**                                                                                        **PLAINTIFF**

**v.**                            **2:09CV00115BSM/HLJ**

**GREG HARMON, et al.**                                                                      **DEFENDANTS**

### ORDER

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the court adopts them in their entirety.

Accordingly, plaintiff's complaint against defendants is DISMISSED for failure to state a claim. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 9th day of October, 2009.


_____
UNITED STATES DISTRICT JUDGE